In the Matter of CATALINA CHARLEMAGNE, Respondent, against CITY OF NEW YORK, Appellant.

Argued May 21, 1951; decided June 1, 1951.

*John P. McGrath, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for appellant.

*Isidor Enselman, Gustave G. Rosenberg* and *Leo Deutsch* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.